UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AH'NICE NEKOL-ANDREA BATTLE, | Case No. 25-11936 |
| Plaintiff, | F. Kay Behm<br>United States District Judge |
| v. | |
| HON. ERANE C. WASHINGTON, *et al.*, | |
| Defendants.<br>_____ / | |

## **ORDER DISMISSING CASE FOR FAILURE TO COMPLY**

    Plaintiff filed a complaint in this district on June 25, 2025. ECF No. 1. She also filed an application to proceed without prepaying fees or costs. ECF No. 2. The court mailed Plaintiff a notice of parties' responsibility to notify the court of address changes. ECF No. 4.

    However, those documents were returned undeliverable, and unfortunately, the case cannot proceed in this posture. The court ordered Plaintiff to show cause why this case should not be dismissed for failure to update her address, pursuant to E.D. Mich LR 11.2 ("The failure to file promptly current contact information may subject that person or party to appropriate sanctions, which may include dismissal,

1

default judgment, and costs."). ECF No. 6; *see also* ECF No. 4 (notice of parties' responsibility to notify court of address changes). That order too was returned undeliverable. ECF No. 7. Plaintiff was given until September 23, 2025 to comply with the court's orders by filing with the Clerk of the court a notice of her correct or updated address. ECF No. 6. The court warned that failure to do so would result in dismissal of Plaintiff's Complaint. *Id.*

No notice has been received, so Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the court's orders regarding a party's responsibility to update their address.

**SO ORDERED**.

Date: September 29, 2025            s/F. Kay Behm
                                    F. Kay Behm
                                    United States District Judge

2