UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AH'NICE NEKOL-ANDREA BATTLE, | Case No. 25-11936 |
| Plaintiff, | F. Kay Behm<br>United States District Judge |
| v. | |
| HON. ERANE C. WASHINGTON, *et al.*, | |
| Defendants.<br>_____ / | |

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's order on this date, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Date: September 29, 2025         s/ F. Kay Behm
                                 F. Kay Behm
                                 United States District Judge

1